USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/25/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ANASTASIA HEATH,**

                    **Plaintiff,**

              **-against-**

**EQUIFAX INFORMATION SERVICES, LLC,**

                    **Defendant.**

**21-cv-1872 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On March 4, 2021, Plaintiff Anastasia Heath submitted a notice of settlement, stating that Plaintiff and Defendant Equifax Information Services, LLC were finalizing a confidential settlement agreement, and the parties would file a stipulation of dismissal once the terms of the settlement agreement were complete. ECF No. 5. The Court ordered Plaintiff to file a stipulation of dismissal as to Equifax by April 2, 2021. ECF No. 7. To date, Plaintiff has yet to file a stipulation of dismissal as to Equifax. The parties are hereby ORDERED to submit either a stipulation of dismissal or a joint status report on or before November 1, 2021.

**SO ORDERED.**

Dated: October 25, 2021
       New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**